**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *McKitrick v. LaRose*, **Slip Opinion No. 2023-Ohio-136.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-136

MCKITRICK ET AL., APPELLANTS, *v*. LAROSE, SECY. OF STATE, ET AL., APPELLEES.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *McKitrick v. LaRose*, **Slip Opinion No. 2023-Ohio-136.]**

*Appeal dismissed as having been improvidently accepted, on mootness grounds.*

(No. 2022-1346—Submitted January 10, 2023—Decided January 24, 2023.)

APPEAL from the Court of Appeals for Franklin County,

No. 22AP-582, 2022-Ohio-3800.

_____

This cause is dismissed as having been improvidently accepted, on mootness grounds.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

_____

McTigue & Colombo, L.L.C., Donald J. McTigue, J. Corey Colombo, and Katelyn I. Street, for appellants, Bradley T. McKitrick and William S. Jordan III.

Dave Yost, Attorney General, and Julie M. Pfeiffer, Michael A. Walton, and Garrett M. Anderson, Assistant Attorneys General, for appellee Secretary of State Frank LaRose.

_____